UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
STEPHEN FERRARO,
         Plaintiff,

v.

RAMAPO CENTRAL SCHOOL
DISTRICT,
         Defendant.
------------------------------------------------x

**ORDER OF DISMISSAL**

17 CV 2039 (VB)

    The Court has been advised that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 24, 2020. To be clear, any application to restore the action must be filed by January 24, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: December 10, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge